FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 29 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA COLBERT AND HER TWO MINOR CHILDREN, AND DURIE BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF ATLANTA, IN CARE OF MAYOR SHIRLEY FRANKLIN, ON BEHALF OF THE CITY OF ATLANTA POLICE DEPARTMENT, <br><br> Defendant. | CIVIL ACTION CASE NO. <br><br> 1:08-CV-0701 <br><br> CAP |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1443(2), 1446(a), 1446(b) and Rule 81(c) of the Federal Rules of Civil Procedure, Defendant the City of Atlanta files this Notice of Removal of the instant action from the Superior Court of Fulton County, Georgia where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division, and shows the Court as follows:

1.

On January 28, 2008, Plaintiffs filed a Verified First Complaint in the Superior Court of Fulton County, Georgia, Civil Action File Number 2008CV145767. *See Exhibit A*.

2.

The City of Atlanta was served with Plaintiffs' Complaint on January 31, 2008.

3.

As of the date of this filing, all named Defendants consent to the removal of this action.

4.

Plaintiffs' Complaint asserts a cause of action against the City of Atlanta pursuant to, *inter alia*, 42 U.S.C. § 1983, alleging violations of unspecified rights protected under the United States Constitution. (Complaint ¶¶ 22, 37-44).

5.

Thus, Plaintiffs' Complaint is based upon claims arising under the Constitution and laws of the United States upon which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4). Consequently, this action may be removed to the United States District Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1443(2).

6.

This Notice of Removal is timely in that it is filed within thirty (30) days after receipt of the complaint. Moreover, the City of Atlanta has complied with all conditions precedent to removal.

Respectfully submitted, this 29th day of January, 2008.

                                        ELIZABETH CHANDLER
                                        City Attorney
                                        Georgia Bar No. 002520

                                        DENNIS M. YOUNG
                                        Senior Assistant City Attorney
                                        Georgia Bar No. 781744

                                        THOMAS R. MONDELLI
                                        Associate City Attorney
                                        Georgia Bar No. 141543

Attorneys for the City of Atlanta
City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia 30303
(404) 330-6400
(404) 658-6894 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA COLBERT AND HER TWO MINOR CHILDREN, AND DURIE BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF ATLANTA, IN CARE OF MAYOR SHIRLEY FRANKLIN, ON BEHALF OF THE CITY OF ATLANTA POLICE DEPARTMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION CASE NO. |

## CERTIFICATE OF SERVICE

I, Thomas R. Mondelli, hereby certify that on the 29th day of February, 2008, I mailed a copy of the foregoing **NOTICE OF REMOVAL** through the United States mail with adequate postage affixed thereto to the following attorneys of record:

Randall Kea Strozier III
57 Forsyth Street, N.W.
Atlanta, Georgia 30303

_____
THOMAS R. MONDELLI
Associate City Attorney
Georgia Bar No. 141543

354403-1                                4