ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 18 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | |
|---|---|
| LATISHA COLBERT AND HER TWO MINOR CHILDREN, AND DURIE BAKER, ) ) ) ) | |
| Plaintiffs, ) | **CIVIL ACTION CASE NO.** |
| v. ) | **1:08-CV-0701-CAP** |
| ) | |
| THE CITY OF ATLANTA, IN CARE OF MAYOR SHIRLEY FRANKLIN, ON BEHALF OF THE CITY OF ATLANTA POLICE DEPARTMENT, ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' REQUEST TO FILE UNDER SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure, Defendant City of Atlanta and the Atlanta Police Department (hereinafter "City Defendants") respectfully move this Court for an Order permitting City Defendants to file under seal their Motion for Summary Judgment and Brief in Support. Said Motion contains the FBI Report labeled as Attachment 1 to the Affidavit of Major Lane Hagin. The parties stipulated to a Protective Order, drafted by the Court, which designated the FBI Report "Confidential" [Doc. No. 41].

City Defendants' Motion for Summary Judgment references the FBI Report. The entire report is included in the Affidavit of Major Lane Hagin. The FBI Report

442993-1

as designated in the Protective Order references an open and ongoing internal investigation being conducted by the Office of Professional Standards [According to Major Hagin, the internal investigation should be completed by the first quarter of 2010]. Since the media is constantly scrutinizing cases related to the Kathryn Johnston matter, the ongoing investigation would be irreparably jeopardized if such confidential information was available to the public, and in particular, to the remaining officers currently under investigation. City Defendants will submit a copy of FBI Report to the Court for an *in camera* review. A Proposed Order is attached for the convenience of the Court.

Respectfully submitted this 10th day of December 2009.

R. ROGER BHANDARI
City Attorney
Georgia Bar No. 056340

BY: _____
DENNIS M. YOUNG
Senior Assistant City Attorney
Georgia Bar No. 781744

STEPHEN A. POWER
Associate City Attorney
Georgia Bar No. 600565

Attorneys for Defendant City of Atlanta

442993-1

**CITY OF ATLANTA LAW DEPARTMENT**
68 Mitchell Street, SW, Suite 4100
Atlanta, GA  30303
(404) 330-6567 (telephone)
(404) 546-8581 (facsimile)
dmyoung@atlantaga.gov

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LATISHA COLBERT AND HER TWO MINOR CHILDREN, AND DURIE BAKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | **CIVIL ACTION CASE NO.** |
| v. | ) ) | **1:08-CV-0701-CAP** |
| THE CITY OF ATLANTA, IN CARE OF MAYOR SHIRLEY FRANKLIN, ON BEHALF OF THE CITY OF ATLANTA POLICE DEPARTMENT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I filed the foregoing **DEFENDANTS' REQUEST TO FILE UNDER SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (WITH PROPOSED ORDER)** with the Clerk of Court via hand delivery. I have also this day served counsel for the opposing parties with a copy of the within and foregoing by depositing it in the U.S. Mail with proper postage, addressed to Plaintiffs' attorney of record as follows:

William T. Payne, Esq.
150 East Ponce De Leon Avenue, Suite 200
Decatur, GA 30030

442993-1

*[signature]*

**DENNIS M. YOUNG**
Senior Assistant City Attorney
Georgia Bar No. 781744

**CITY OF ATLANTA LAW DEPARTMENT**
68 Mitchell Street, SW, Suite 4100
Atlanta, GA 30303
(404) 330-6567 (telephone)
(404) 546-8581 (facsimile)
dmyoung@atlantaga.gov

442993-1