RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 18 2008

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| LATISHA COLBERT AND HER TWO MINOR CHILDREN, AND DURIE BAKER, )<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF ATLANTA, IN CARE OF MAYOR SHIRLEY FRANKLIN, ON BEHALF OF THE CITY OF ATLANTA POLICE DEPARTMENT,<br><br>Defendants. | CIVIL ACTION CASE NO.<br>1:08-CV-0701-CAP |

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE THEIR MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Having considered the City Defendants' Request to File their Motion for Summary Judgment Under Seal and to continue the protected and confidential status of the FBI Report and the ongoing internal investigation by the Office of Professional Standards; and good cause appearing therefore,

**IT IS ORDERED THAT** City Defendants are hereby permitted to file their Motion for Summary Judgment under seal.

**IT IS FURTHER ORDERED** that FBI Report is entitled to continued protection of its confidential status.

442993-1

SO ORDERED THIS __28th__ DAY OF DECEMBER, 2009.

/s/ Charles A. Pannell, Jr.
------------------------------------
**THE HONORABLE CHARLES A. PANNELL**
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA